FILED
2026 JUL 9
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| IN RE: BROILER CHICKEN GROWER ANTITRUST LITIGATION (NO. III) | **ORDER MODIFYING MDL PRETRIAL ORDER NO. 2 AND APPOINTING INTERIM LEAD COUNSEL** **(MDL Pretrial Order No. 4)** Case No. 2:25-MD-03167-DBB-CMR District Judge David Barlow To be entered additionally in member cases: 2:25-CV-01134-DBB-CMR 2:25-CV-01135- DBB-CMR 2:25-CV-01136- DBB-CMR 2:25-CV-01137- DBB-CMR 2:25-CV-01139- DBB-CMR 2:25-CV-01172- DBB-CMR |

Before the Court is Plaintiffs' [142] Motion to Modify MDL Pretrial Order No. 2 (Appointment of Interim Co-Lead Counsel) and appoint Andrew C. Curley and Michaela L. Wallin as additional interim Co-Lead Counsel. Defendants do not oppose the relief sought. Having considered the Motion, the court concludes that Mr. Curley and Ms. Wallin are qualified to serve as Co-Lead Counsel. Therefore, the court HEREBY ORDERS that the [142] Motion is GRANTED, and MDL Pretrial Order No. 2 (ECF No. 106) is modified as follows:

Interim Co-Lead Counsel for Plaintiffs shall be Gary I. Smith, Jr. and Daniel J. Walker of Hausfeld LLP, and Andrew C. Curley and Michaela L. Wallin of Berger Montague PC. All other provisions of MDL Pretrial Order No. 2 remain in full force and effect.

1

Signed July 9, 2026.

BY THE COURT

_____
David Barlow
United States District Judge